Argued and submitted July 27, 1993, affirmed February 16, 1994

STATE OF OREGON,
*Respondent,*

*v.*

JOHN LEE GULLOTTO, JR.,
*Appellant.*

(92CR0436; CA A74930)

867 P2d 571

Ingrid A. MacFarlane, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Richardson, Chief Judge,* and Rossman, Judge.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156, *rev den* 317 Or 272 (1993).

---

* Richardson, C. J., *vice* Durham, J.